**E-filed 10/18/06**

1  MARK B. FREDKIN, ESQ. [State Bar No. 53550]
   DONN WASLIF, ESQ. [State Bar No. 164538]
2  MORGAN, FRANICH, FREDKIN & MARSH
   99 Almaden Boulevard, Suite 1000
3  San Jose, California 95113-1613
   Telephone:(408) 288-8288
4  Facsimile: (408) 288-8325
   e-mail:    dwaslif@mffmlaw.com
5
   ANN MILLER RAVEL, County Counsel (State Bar No. 62139)
6  WINIFRED BOTHA, Assistant County Counsel (State Bar No. 139357)
   OFFICE OF THE COUNTY COUNSEL
7  70 West Hedding Street, East Wing, Ninth Floor
   San Jose, California 95110-1770
8  Telephone: (408) 299-5900

9  Attorneys for Defendants, COUNTY OF SANTA CLARA;
   CORRECTIONS OFFICER MASON; CORRECTIONS
10 OFFICER ARNDT; CORRECTIONS OFFICER DURANTE,
   erroneously sued herein as DUARTE; and EDWARD FLORES
11

12                    UNITED STATES DISTRICT COURT

13          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

14
   JOSEPH CASTRO, JR.,                    NO. C06-02053 JF
15
              Plaintiff,
16                                        **STIPULATION AND ORDER
   vs.                                    EXTENDING ADR DEADLINE**
17
   CORRECTIONS OFFICER MASON,
18 individually and in his capacity as a Santa
   Clara County Corrections Officer;
19 CORRECTIONS OFFICER ARNDT,
   individually and in his capacity as a Santa
20 Clara County corrections officer;
   CORRECTIONS OFFICER DUARTE,
21 individually and in his capacity as a Santa
   Clara County corrections officer; JOHN
22 DOE and RACHEL ROE, individually and
   in their capacities as Santa Clara County
23 Corrections officers, the true names
   numbers of whom are unknown to plaintiff
24 at this time; EDWARD FLORES;
   COUNTY OF SANTA CLARA; DOES 1
25 through 50,

26            Defendants.

27

28       **IT IS HEREBY STIPULATED,** by and among the parties, through their respective

---
STIPULATION AND ORDER EXTENDING ADR
DEADLINE                                1

counsel, that the deadline for completing the ADR process in the above captioned matter be extended through and including January 31, 2007.

Dated: October 13, 2006         LAW OFFICES OF ANTHONY BOSKOVICH

By _____
ANTHONY BOSKOVICH
Attorneys for Plaintiff, JOSEPH CASTRO, JR.

Dated: October 11, 2006         MORGAN, FRANICH, FREDKIN & MARSH

By _____
DONN WASLIF
Attorneys for Defendants, COUNTY OF SANTA CLARA; CORRECTIONS OFFICER MASON; CORRECTIONS OFFICER ARNDT; CORRECTIONS OFFICER DURANTE; and EDWARD FLORES

### ORDER

Pursuant tot hc Stipulation above, the ADR deadline the above captioned matter is hereby extended through and including January 31, 2007.

**IT IS SO ORDERED**.

Dated: 10/18/06

_____
HON. JEREMY FOGEL
U.S. DISTRICT COURT JUDGE